NANCY KEHOE, APPELLANT, v. NEW JERSEY STATE
BOARD OF MEDICAL EXAMINERS ET AL., RESPONDENTS.

Submitted February 16, 1934—Decided April 12, 1934.

For the appellant, *Merritt Lane.*

For the respondents, *William A. Stevens,* attorney-general.

PER CURIAM.

The judgment under review herein should be affirmed,
for the reasons expressed in the opinion delivered in the
Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, CASE, BODINE, DONGES, ·PERSKIE, VAN BUSKIRK,
KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 13.

*For reversal*—None.